UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICIA TORRES and IVAN TORRES, as parents and natural guardians of minor I.T., <br><br> Plaintiffs, <br><br> v. <br><br> AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM, TRACEY WEIDNER, R.N., and JESSICA ROBERTS, PARAMEDIC, <br><br> Defendants. | Cause No.: 1:24-cv-00006-MPB-MG |

**ORDER GRANTING AGREED DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, by counsel, and Defendants, by counsel, hereby stipulate to the dismissal of all claims asserted in this action without prejudice.

And the Court being duly advised in the premises now finds that this cause should be dismissed, without prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice, costs paid.

Dated: October 4, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Service will be made electronically to all ECF-registered counsel of record via email.